```
           IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
               DIVISION OF ST. THOMAS & ST. JOHN
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAWRENCE KING,<br><br>                    Defendant. | CRIMINAL NO. 2007-58 |

**ATTORNEYS:**

**Ishmael A. Meyers, Jr., AUSA**
St. Thomas, USVI
          *For the Government*.

**Gary Garten, Esquire**
St. Thomas, USVI
          *For the Defendant*.

## O R D E R

This matter came before the Court on May 28, 2009, on the U.S. Probation Office's petition for a hearing regarding a violation of supervised release, which was submitted to the Court on March 30, 2009. The defendant appeared in person and with his counsel, Gary Garten, Esquire. The government was represented by Assistant United States Attorney Ishmael A. Meyers, Jr.

The petition alleges that the defendant made threats to his former employer. The defendant denied making threats, but admitted having a telephonic discussion with his former employer where he lost his temper.

The Court, having considered the premises, finds that the defendant did not violate the conditions of supervised release.

```
Order
United States v. King
Criminal No. 2007-58
Page 2
```

The Court, however, finds that the defendant is in need of anger management counseling.

IT IS THEREFORE,

**ORDERED** that the defendant shall continue his term of supervised release; and it is further

**ORDERED** that the defendant's conditions of supervised release are MODIFIED to include inpatient and/or outpatient anger management counseling, as deemed appropriate by the U.S. Probation Office.

```
                                    s/_____
                                       CURTIS V. GÓMEZ
                                         Chief Judge
```